RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 6/29/10
BY ___

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| DENNIS D. THOMAS<br>   LA. DOC #533237<br>VS. | CIVIL ACTION NO. 3:10-CV-0478<br><br>SECTION P<br><br>JUDGE ROBERT G. JAMES |
| WARDEN ALVIN JONES, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

MONROE, LOUISIANA, this 29 day of June, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE